**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LLOYD BATES,<br><br>    Plaintiff,<br><br>    v.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>    Defendants. | No. 2:19-cv-09152-SAB (PJWx)<br><br><br><br>**ORDER DISMISSING CASE**<br><br>**[ECF NO. 39]** |

Before the Court is the parties' Stipulation of Dismissal of Plaintiff Stephen Lloyd Bates' Claims Without Prejudice, ECF No. 39. The parties stipulate that Plaintiffs' claims in the above-captioned matter be dismissed without prejudice, with each party to bear its own costs.

//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Pursuant to the parties' Stipulation of Dismissal, ECF No. 39, Plaintiff's claims against all parties in the above-captioned civil action, including those parties who have not entered their appearance and/or signed the stipulation are **DISMISSED**, without prejudice, with each party to bear its own fees and costs.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 11th day of June 2021.

_____
Stanley A. Bastian
United States District Court

**ORDER DISMISSING CASE ~ 2**